# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2309
_____

Fred C. Holland

*Plaintiff - Appellant*

v.

U.S. Department of Veterans Affairs

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 17, 2016
Filed: February 24, 2016
[Unpublished]

_____

Before LOKEN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Minnesota resident Fred Holland appeals the district court's[1] dismissal of his pro se complaint alleging that the U.S. Department of Veterans Affairs erroneously cut off his worker's compensation benefits and fired him. After careful de novo review, see Riley v. United States, 486 F.3d 1030, 1031 (8th Cir. 2007) (de novo review of dismissal for lack of subject matter jurisdiction), we conclude that dismissal was appropriate for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of The Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.